No. 92–5616.   PIERCE v. TRIPPETT, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 92–5617.   LOYA v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 92–5619.   DUNMORE v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 92–5621.   CASH v. FLORIDA.   Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 92–5625.   JONES v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 92–5626.   JONES v. CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 92–5627.   GUTHRIE v. DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES.   Ct. App. D. C.   Certiorari denied.

No. 92–5630.   JONES, AKA ROULETTE v. UNITED STATES. C. A. 8th Cir.   Certiorari denied.

No. 92–5631.   GETZ v. DELAWARE ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 92–5634.   LANGARICA v. NEVADA.   Sup. Ct. Nev.   Certiorari denied.

No. 92–5638.   GRAY v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 92–5639.   ABUSAYED v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 92–5645.   MIRANDA v. COOPER, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 92–5659.   REED v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.